UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                         Case No. 17-1190-cgm

ARLENE Y. BLAIR and ERROL E. BLAIR,

                                  APPLICATION FOR DISMISSAL OF CASE

                 Debtors.
-----------------------------------------------------------x

      Arlene Y. Blair and Errol E. Blair, the debtors herein, hereby certify under penalty of perjury that:

      1.      We are the debtors in the above-captioned matter.

      2.      We filed a petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") on July 10, 2017.

      3.      The case has not been converted under §706, §1112, or §1208 of the Bankruptcy Code.

      4.      We respectfully request that this Court dismiss this case pursuant to 11 U.S.C. §1307(b).

Dated: October 30, 2017         _/s/ *Arlene Y. Blair*_
                                           Arlene Y. Blair

Dated: October 30, 2017         _/s/ *Errol S. Blair*_
                                           Errol E. Blair