UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:  Case No. 17-11900-cgm
 Chapter 13
ARLENE Y. BLAIR and ERROL E. BLAIR,

Debtors

-----------------------------------------------------------x

## ORDER DISMISSING CHAPTER 13 CASE

Arlene Y. Blair and Errol E. Blair, the debtors herein, having filed a petition pursuant to Chapter 13 of the Bankruptcy Code on July 10, 2017; and having requested the dismissal of the case pursuant to 11 U.S.C. Section 1307(b) by application dated October 30 , 2017; and the Court having found that the case has not been converted under sections 706, 1112 or 1208 of Title 11 of the United States Code; and upon further consideration and deliberation, it is hereby

ORDERED, that this case shall be and is hereby dismissed.



**Dated: November 1, 2017**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**