**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Arlene Y. Blair and Errol E. Blair | CASE NO.: 17–11900–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–6238   xxx–xx–3881 | CHAPTER: 13 |

**NOTICE OF DISMISSAL**

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Arlene Y. Blair was dismissed from the case on November 1, 2017 .

Errol E. Blair was dismissed from the case on November 1, 2017 .

Dated: November 1, 2017                                    Vito Genna
                                                           Clerk of the Court